

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-20-00732-CV

Trial Court Cause
Number:    19-DCV-258782

Style:    Umuoji Improvement Union (North America), Inc., a Nebraska corporation

**v**  Umuoji Improvement Union ( North America), Inc., Massachusetts Corporation

Date motion filed*:    April 5, 2022

Type of motion:    Motion for Extension of Time

Party filing motion:    Appellee

Document to be filed:    Response to March 8, 2022 Order

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    4/5/2022

    Number of previous extensions granted:    0

    Date Requested:    4/26/2022

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  4/26/2022

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Peter Kelly
        ☒ Acting individually    ☐ Acting for the Court

Date:  April 7, 2022